1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 12-00269-AG |
|---|---|
| Plaintiff, | **ORDER RE: DEFENDANT DOUGLAS V. DECINCES'S APPLICATION TO FILE DOCUMENTS UNDER SEAL [LOCAL RULE 79-5]** |
| vs. | |
| JAMES V. MAZZO, DOUGLAS V. DECINCES, DAVID PARKER, and F. SCOTT JACKSON, | HON. ANDREW J. GUILFORD COURTROOM 10D |
| Defendants. | Trial Date: February 3, 2015 |

The Court read and considered Defendant Douglas V. DeCinces's application to file the following documents under seal:

(1) Douglas V. DeCinces's Motion For An Order Precluding *Bruton* Statements;

(2) The Declaration of Kenneth B. Julian; exhibits thereto; and

(3) The [Proposed] Order Re: Douglas v. DeCinces's Motion For An Order Precluding *Bruton* Statements.

The Court finds good cause to file the document under seal, and the Application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   December 11, 2014          By: _____
                                         The Honorable Andrew J. Guilford