UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 12-269(B)-AG | Date | December 16, 2014 |
|---|---|---|---|

Present: The Honorable   Andrew J. Guilford, U.S. District Judge

Interpreter

| Lisa Bredahl | Miriam Baird | Stephen Cazares, Ivy Wang, Jennifer Waier, Lawrence Kole |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Douglas V Decinces | X | | X | Kenneth Julian, Garrett Mott | X | | X |
| 2. David Parker | Not | | X | Jeff Tatch specially appearing | X | | X |
| 3. F Scott Jackson | Not | | X | Craig Wilke | X | | X |
| 4. James V Mazzo | X | | X | Richard Marmaro | X | | X |

**Proceedings:**   1. DEFENDANT DOUGLAS V DECINCES' MOTION TO DISMISS AND STRIKE TIME-BARRED ALLEGATIONS IN THE SECOND SUPERSEDING INDICTMENT [DKT 181] JOINDER BY JACKSON [DKT 193]
   2. DEFENDANT DOUGLAS V DECINCES' MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT FOR GRAND JURY ABUSE [DKT 214], JOINDER BY JACKSON [DKT 215]

Cause is called for hearing and counsel make their appearances.  Matters are argued and taken under submission.

0 : 45

Initials of Deputy Clerk   lmb