STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN A. CAZARES (Cal. Bar No. 201864)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0707
     Facsimile:  (213) 894-6269
     E-mail:     Steve.Cazares@usdoj.gov

LAWRENCE E. KOLE (Cal. Bar No. 141582)
JENNIFFER L. WAIER (Cal. Bar No. 209813)
IVY A. WANG (Cal. Bar No. 224899)
Assistant United States Attorneys
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3535/3550/3549
Email: larry.kole@usdoj.gov
       jennifer.waier@usdoj.gov
       ivy.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 12—00269(B)-AG |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING COUNTS 27, 28, AND 29 AGAINST DEFENDANT DAVID PARKER, AND COUNTS 30, 31, AND 32 AGAINST DEFENDANT F. SCOTT JACKSON, OF THE SECOND SUPERSEDING INDICTMENT |
| JAMES V. MAZZO, DOUGLAS V. DECINCES, DAVID PARKER, and F. SCOTT JACKSON, | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, the Government's Unopposed Motion to Dismiss Counts 27, 28, and 29 Against Defendant David Parker, and Counts 30, 31, and 32 Against Defendant F. Scott Jackson, of the Second Superseding Indictment, is GRANTED.

According, it is hereby ORDERED that Counts 27, 28, and 29 Against Defendant David Parker, and Counts 30, 31, and 32 Against Defendant Jackson, of the Second Superseding Indictment, are hereby dismissed.

IT IS SO ORDERED.

Dated: December 18, 2014    _____

ANDREW J. GUILFORD
United States District Judge

Submitted by:

_____
STEPHEN A. CAZARES
Assistant United States Attorney