## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 12-269(B)-AG | Date | January 12, 2015 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Miriam Baird | Stephen Cazares, Ivy Wang, Jennifer Waier, Lawrence Kole |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Douglas V Decinces | X | | X | Kenneth Julian, Garrett Mott, Andrea Bird | X | | X |
| 2. David Parker | Not | | X | George Brunt, Jeffrey Tatch | X | | X |
| 4. James V Mazzo | X | | X | Richard Marmaro, Eric Waxman, Doug Smith | X | | X |

**Proceedings:** 1. DEFENDANT JAMES V MAZZO'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AS TIME BARRED [DKT 206]
2. DEFENDANT DOUGLAS V DECINCES MOTION FOR RECONSIDERATION RE ORDER ON MOTION TO DISMISS COUNTS 1-13 AND 27-32 OF THE SECOND SUPERSEDING INDICTMENT [DKT 236]
3. DEFENDANT JAMES V MAZZO'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT FOR FAILURE TO ALLEGE ANY CRIMES BASED ON US V NEWMAN [DKT 239]
4. DEFENDANT JAMES V MAZZO'S MOTION TO DISMISS THE CHARGES UNDER 18 USC §1348 (COUNT 39), RULE 10b-5 (COUNTS 1-13) AND RULE 14e-3 (COUNTS 14-26) [DKT 241]

Cause is called for hearing and counsel make their appearances.  Matters are argued and taken under submission.

| | 1 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |