RICHARD MARMARO (Bar No. 091387)
richard.marmaro@skadden.com
CLIFFORD M. SLOAN (pro hac vice)
cliff.sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant James V. Mazzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 8:12-cr-00269(B)-AG |
|---|---|
| Plaintiff, | DEFENDANT JAMES V. MAZZO'S NOTICE OF ERRATA REGARDING HIS OPPOSITION TO THE GOVERNMENT'S SUPPLEMENTAL BRIEF IN SUPPORT OF GOVERNMENT'S MOTION TO REVISIT JUDICIAL INQUIRY INTO CONFLICTS OF INTEREST AFFECTING DEFENDANT JAMES V. MAZZO |
| v. | |
| JAMES V. MAZZO, DOUGLAS V. DECINCES, DAVID L. PARKER, AND F. SCOTT JACKSON, | |
| Defendants. | Hon. Andrew J. Guilford |
| | Date:            July 17, 2015<br>Time:           10:00 a.m.<br>Courtroom:  10D<br>Trial Date:    TBD |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant James V. Mazzo hereby corrects Defendant James V. Mazzo's Opposition to the Government's Supplemental Brief in Support of Government's Motion to Revisit Judicial Inquiry Into Conflicts of Interest Affecting Defendant James V. Mazzo ("Opposition"). The corrected Opposition is attached as Exhibit A.

The following errors were corrected:

On page 5, line 11, "2009" is replaced with "2011."

On page 29, line 23, "Advanced" is replaced with "Abbott."

DATED: July 10, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Clifford M. Sloan

By: _____*/s/ Richard Marmaro*_____
Richard Marmaro
Attorney for Defendant
JAMES V. MAZZO