# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 12-269(B)-AG |
| Date | July 17, 2015 |

Present: The Honorable   Andrew J. Guilford, U.S. District Judge

Interpreter

| Lisa Bredahl | Miriam Baird | Stephen Cazares, Ivy Wang, Lawrence Kole, Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Douglas V Decinces | NOT | | X | Kenneth Julian | X | | X |
| 2. David Parker | NOT | | X | Jeffrey Tatch | X | | X |
| 4. James V Mazzo | X | | X | Richard Marmaro | X | | X |
| | | | | Clifford Sloan, PHV | X | | X |

**Proceedings:**   HEARING ON CONFLICT ISSUE

Cause is called for hearing and counsel make their appearances.  Matter is argued and taken under submission.

                                                                                           1 : 00

                                                                  Initials of Deputy Clerk   lmb